UNITED STATES of America,
Plaintiff–Appellee,

v.

Rodney Rodriguez BROWN,
Defendant–Appellant.

No. 09–13005
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 26, 2010.

Arthur T. Powell, III, Law Offices of Arthur T. Powell, III, Mobile, AL, for Defendant–Appellant.

Before HULL, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Arthur T. Powell, III, appointed counsel for Rodney Rodriguez Brown in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Brown's conviction and sentence are **AFFIRMED.**